UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

# CIVIL MINUTES

**Case No**: Cv. 05-390-PA **Proceeding Date:** July 28, 2005

**Case Title:** Maimon v. Belleque

**Presiding Judge**: Owen M. Panner **Courtroom Deputy**: Margaret Hunt (at)

**Reporter:** None **Tape No:**

| PETITIONERS' COUNSEL | RESPONDENTS' COUNSEL |
|---|---|
| (1) | (1) |
| (2) | (2) |
| (3) | (3) |
| (4) | (4) |

NOTIFICATION:

**Docket Entry**: RECORD OF ORDER: GRANTING respondent's Motion to Dismiss and Refile Petition (#9). The Petition for Writ of Habeas Corpus (#1) is deemed REFILED as of April 21, 2005. Respondent's Answer to the Petition is due September 28, 2005.

**Document Number:** _____
**CIVIL MINUTES**