**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**CIVIL MINUTES**

**Case No.:** CV 05-390-PA  **Date of Proceeding:** 6/30/06

**Case Title:** Maimon v Belleque

**Presiding Judge:** Owen M. Panner  **Courtroom Deputy:** Deborah DesJardins

**Reporter:** None  **Tape No:**

**DOCKET ENTRY:**

RECORD OF ORDER: GRANTING plaintiff's Motion to Dismiss Appointed Counsel (#33). Counsel for petitioner is DISMISSED, and counsel's Memorandum in Support (#31) is STRICKEN. Plaintiff shall proceed *pro se* in this case, and must file a supporting memorandum on or before September 8, 2006.

ORDER: GRANTING respondent's Motion for Modification of Scheduling Order (#32). The court resets the Under Advisement date in this case to September 23, 2006.

**PETITIONER'S COUNSEL**  **RESPONDENTS' COUNSEL**

Anthony Bornstein  Youlee Yim You

cc:  { } All counsel

**DOCUMENT NO:**
**CIVIL MINUTES**

**Civil Minutes**  **Honorable Owen M. Panner**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**CIVIL MINUTES**

**Case No.:** CV 05-390-PA                                           **Date of Proceeding:** 6/30/06

**Case Title:** Maimon v Belleque

**Presiding Judge:** Owen M. Panner                    **Courtroom Deputy:** Deborah DesJardins

**Reporter:** None                                                                       **Tape No:**

**DOCKET ENTRY:**

RECORD OF ORDER: GRANTING plaintiff's Motion to Dismiss Appointed Counsel (#33). Counsel for petitioner is DISMISSED, and counsel's Memorandum in Support (#31) is STRICKEN. Plaintiff shall proceed *pro se* in this case, and must file a supporting memorandum on or before September 8, 2006.

ORDER: GRANTING respondent's Motion for Modification of Scheduling Order (#32). The court resets the Under Advisement date in this case to September 23, 2006.

**PETITIONER'S COUNSEL**                    **RESPONDENTS' COUNSEL**

Anthony Bornstein                                              Youlee Yim You

                                                                                                       **DOCUMENT NO:**
cc:     { } All counsel                                                                  **CIVIL MINUTES**

**Civil Minutes**                                                                       **Honorable Owen M. Panner**